NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT UCC 1-202 seq.

"Greetings"
Good Morning / Good Afternoon Clerk of Court.

ATTENTION: Please Take Mandatory Judicial Notice

That I AM NOT A UNITED STATES FEDERAL PRISONER, I AM A D.C. STATE PRISONER Being held Temporarily in A U.S. Federal Jurisdiction

CERTIFIED LEGAL MAIL BOND NUMBER
7021 2720 0002 3753 0496

D.B.A. Robert Andrew Reed©
Corp Sole©
Andrew©

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Reed Robert Andrew Corp sole
D.B.A. Robert Andrew Reed©

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Patrick K. Cushwa et. al
D.B.A.     *Defendant(s)* U.S. Parole Dir.
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

SEE Additional Defendants names attached
To the Affidavit Writ of Habeas Corpus Ad Testificandum
Writ of Transportation attached to this suit.

Case No. _____
(to be filled in by the Clerk's Office)

ATTN: PLEASE TAKE MANDATORY JUDICIAL NOTICE NAMES ATTACHED AND ATTACHED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

I. The Parties to This Complaint

    A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: REED, ROBERT, ANDREW CORP SOLE © D.B.A. ROBERT ANDREW REED ©
All other names by which you have been known: NONE
ID Number: 42632-007
Current Institution: U.S.P. CANAAN
Address: P.O. BOX 300
WAYMART, PA. 18762
City — State — Zip Code

    B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: PATRICIA K. CUSHWA
Job or Title (if known): D.B.A. U.S. PAROLE DIRECTOR
Shield Number: N/A
Employer:
Address: UNITED STATES PAROLE COMMISSION AGENCY
90 K. STREET N.E.
WASHINGTON, D.C. 20530
City — State — Zip Code
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: ERICK HELENIHI
Job or Title (if known): D.B.A. U.S. PAROLE AGENT
Shield Number: N/A
Employer:
Address: UNITED STATES PAROLE COMMISSION AGENCY
90 K. STREET N.E.
WASHINGTON, D.C. 20530
City — State — Zip Code
[X] Individual capacity   [X] Official capacity

Page 2 of 11

Defendant No. 3
Name: CHRISTOPHER WHITMER
Job or Title (if known): D.B.A - U.S. PAROLE EXAMINER
Shield Number: N/A
Employer: UNITED STATES PAROLE COMMISSION AGENCY
Address: 90 K. STREET N.E.
Washington, D.C. 20530
City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: ANGELA COCHRAN
Job or Title (if known): (D.B.A) U.S. PAROLE AGENT
Shield Number: N/A
Employer: UNITED STATES PAROLE COMMISSION AGENCY
Address: 90 K. STREET N.E.
Washington, D.C. 20530
City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

ATTENTION: PLEASE TAKE MANDATORY JUDICIAL NOTICE

II. Basis for Jurisdiction

SEE- The other NAMED DEFENDANTS ATTACHED TO my AFFIDAVIT FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM WRIT OF TRANSPORTATION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE- my ATTACHED AFFIDAVIT WRIT OF HABEAS CORPUS AD TESTIFICANDUM WRIT OF TRANSPORTATION WRIT ATTACHED ONCE I AM ESCORTED TO Court House my claims will be revealed.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? YES.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I will address my claims/civil rights violation for each defendant once I am escorted to the Courthouse per the attached Affidavit Writ of Habeas Corpus Ad Testificandum Writ of Transportation Writ.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* I am a D.C. State Prisoner who never went to court yet who was taken from another state and sentenced in (FDC) Philadelphia by a D.C. U.S. Parole Agent to 36 mths in prison for failure to appear for supervision in which is no crime and I never seen any Judge yet.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Inside FDC Philadelphia Detention Center.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

It will be described in my complaint once I am escorted to the Courthouse in my civil rights complaint.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Jan 26, 2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All events will be described in each detail per each defendant once I am escorted to the Courthouse to file my civil rights claims.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

All my issues will be described in my civil rights claim when I am escorted to the Courthouse. This section do not apply to me at this particular time.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All I want the court to do for me is to adhere to my attached AFFIDAVIT FOR WRIT OF Habeas Corpus AD TESTIFICANDUM WRIT OF TRANSPORTATION filing and issue the writ to the USP Canaan Warden spv. E. Rozosky and have the U.S. Marshal pick me up from U.S.P. Canaan Prison and escorted to U.S. Courthouse District court at 601 Market Street Rm #2609 Philadelphia Pa. 19106 and hold plaintiff there until he finish filing his claims and finish his court business.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. *This section do not apply to me*

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *FDC Philadelphia Detention Center P.O. Box 562 Philadelphia, PA, 19105*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

*This Do Not Apply To my situation really*

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

*This section Do Not Apply to my situation*

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No *Because this is a abnormal situation that do not apply to a prison matter really to be remedied by a prison*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   *This do no apply to my situation at hand.*

2. What did you claim in your grievance?

   *This section do no apply to my situation.*

3. What was the result, if any? *This section do not apply to my situation.*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *This section do not apply to my situation*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This section do not apply to my situation.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: This section do not apply to my situation in which I am seeking.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This section do not apply to my situation of what I am seeking remedy for.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. This section do not apply to my situation.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   This SECTION DO NOT Apply to my situation REMEDY I AM SEEKING.

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   This SECTION do Not apply to my situation.

3. Docket or index number

   This Do Not Apply to my situation.

4. Name of Judge assigned to your case

   This Do Not Apply to ME.

5. Approximate date of filing lawsuit

   This Do Not Apply to MEA

6. Is the case still pending?

   ☐ Yes    This SECTION DO NOT Apply To MY situation or to ME

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   This section do Not apply to ME.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No  No this Donot apply to any situation currently.

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit   This section do Not apply to
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   This section Do Not apply to me.
   _____

3. Docket or index number
   This section Do Not apply to my situation.

4. Name of Judge assigned to your case
   This section Do Not apply to my situation

5. Approximate date of filing lawsuit
   This section Do not apply to my situation

6. Is the case still pending?
   ☐ Yes
   ☒ No  This section Do not apply to my situation.

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   This section do not Apply to my situation.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 2023

Signature of Plaintiff: Reed Robert Andrew corp sole © ALL RIGHTS RESERVED UCC 1-308

Printed Name of Plaintiff: DBA/ ROBERT ANDREW REED © REED, ROBERT ANDREW

Prison Identification #: 42632-007

Prison Address: U.S.P. CANAAN

City: WAYMART    State: PA    Zip Code: 18762

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City: _____   State: _____   Zip Code: _____

Telephone Number: _____
E-mail Address: _____

From: Reed, Robert Andrew
I.D. Number # 42632-009
U.S.P. Canaan
P.O. Box 300
Waymart, PA-
18462

Non-Domestic
Non-Assumpsit
Without the United States

To: U.S.M.S.
Legal Mail Correspondence
Kate Barkman (DBA) Clerk
Clerk of Court Office
United States District Court
601 Market Street
Rm # 2609
Philadelphia, PA- 19106

RECEIVED FEB 23 2023

7021 2720 0002 3753 0496

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
WAYMART, PA
18472
FEB 21, 23
AMOUNT
$0.00
R2305E125302-10
19106
RDC 99



THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS